UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN MARK HAYDEN, ESQ., <br><br> Plaintiff <br><br> v. <br><br> FRED R. CAMPBELL, et al., <br><br> Defendants | Case No.: 3:24-cv-00334-MMD-CSD <br><br> **Order** <br><br> Re: ECF No. 15 |

Defendants' motion for a brief extension of time to file their response to Plaintiff's complaint (ECF No. 15) is **GRANTED**. Defendants have up to and including **November 12, 2024**, to file their response to the complaint.

**IT IS SO ORDERED**.

Dated: November 6, 2024

_____
Craig S. Denney
United States Magistrate Judge