```
 1  SALTZMAN MUGAN DUSHOFF
    Joel Z. Schwarz
 2  Nevada Bar No. 009181
    E-Mail: jschwarz@nvbusinesslaw.com
 3  1835 Village Center Circle
    Las Vegas, Nevada 89134
 4  Telephone: (702) 405-8500
    Facsimile: (702) 405-8501
 5
    Attorney for Defendants
 6
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN MARK HAYDEN, SR., | CASE NO. 3:24-cv-00334-MMD-CSD |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| FRED R. CAMPBELL; JASON E. SPINKS; JESSICA NICOLE CAMPBELL; RALPH J. BOLEN, | |
| Defendants. | |

FRED R. CAMPBELL, JASON E. SPINKS, JESSICA NICOLE CAMPBELL and RALPH J. BOLEN, Defendants, in the above-captioned case, hereby substitute JOEL Z. SCHWARZ and the law firm of SALTZMAN MUGAN DUSHOFF as their attorneys of record in the above-entitled action in the place and stead of LEWIS BRISBOIS BISGAARD & SMITH.

DATED this 6th day of December 2024.

_____        _____
FRED R. CAMPBELL                                        JESSICA NICOLE CAMPBELL

_____        _____
JASON E. SPINKS                                             RALPH J. BOLEN

//

LEWIS BRISBOIS BISGAARD & SMITH, current counsel of record for Defendants, hereby consents to the substitution of JOEL Z. SCHWARZ and the law firm of SALTZMAN MUGAN DUSHOFF as their attorneys of record in the above-entitled action in the place and stead of LEWIS BRISBOIS BISGAARD & SMITH.

DATED this  12th  day of December 2024.

**LEWIS BRISBOIS BISGAARD & SMITH**

By /s/ Josh C. Aicklen
JOSH C. AICKLEN
Nevada Bar No. 7254
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

JOEL Z. SCHWARZ, of the law firm of SALTZMAN MUGAN DUSHOFF, is duly admitted to practice in this District and agree to be substituted in the place and stead of LEWIS BRISBOIS BISGAARD & SMITH, in the above-entitled action for Defendants.

DATED this  12th  day of December 2024.

**SALTZMAN MUGAN DUSHOFF**

By /s/ Joel Z. Schwarz
JOEL Z. SCHWARZ
Nevada Bar No. 009181
1835 Village Center Circle
Las Vegas, Nevada 89134

*Attorneys for Defendants*

**APPROVED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2024

---

*Steven Mark Hayden, Sr. v. Fred R. Campbell, et al.* /Case No. 3:24-cv-00334-MMD-CSD
Substitution of Attorney