# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN MARK HAYDEN, SR., <br><br> Plaintiff, <br><br> v. <br><br> FRED R. CAMPBELL, et al., <br><br> Defendants. | Case No. 3:24-cv-00334-MMD-CSD <br><br> **ORDER** <br><br> Re: ECF No. 46 |

Before the court is Defendants' Motion to Stay Discovery. (ECF No. 46.) Plaintiff has filed an opposition to Defendants' motion. (ECF No. 52.)

**IT IS HEREBY ORDERED** that Defendants shall file their reply memorandum to the Motion to Stay Discovery (ECF No. 46) on or before close of business on **Monday, January 6, 2025**. The court will schedule oral argument on Defendants' motion as soon as the court's calendar will accommodate it.

DATED: December 30, 2024.

_____
Craig S. Denney
United States Magistrate Judge